AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Emiliano SEGURA-MONTES<br>YOB: 2005<br>USA<br><br>*Defendant(s)* | Case No.  7:24-mj-1343<br><br>**Sealed**<br>Public and unofficial staff access to this instrument are prohibited by court order |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 1, 2024 - August 3, 2024 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC Section 2422(b)<br>Coercion and Enticement | Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so |

This criminal complaint is based on these facts:

See attachment A

United States Courts
Southern District of Texas
FILED
*08/11/2024*
Nathan Ochsner, Clerk of Court

☒ Continued on the attached sheet.

Approved by AUSA  M. Alexis Garcia

/s/ Annette C. Allison
*Complainant's signature*

Annette C. Allison, HSI Special Agent
*Printed name and title*

☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: Aug. 11, 2024 @ 8:53 p.m.

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

On August 7, 2024, Homeland Security Investigations (HSI) McAllen, Texas, received information from Hidalgo County Constable's office, regarding a 14 year old, minor, female victim (hereinafter MV1), who was communicating with Emiliano SEGURA-MONTES via Snap chat, a social media platform, and her cellphone text messaging application.  SEGURA-MONTES threatened and coerced MV1 to send sexually explicit images and videos of herself or else he would "leak" her images and videos and expose her to her friends and family.

MV1 reported that the communication between her and SEGURA-MONTES began on Snap chat on or about February 1, 2024, when he added her on Snap chat.  She reported blocking him various times, however, SEGURA-MONTES would create new accounts and add her again, demanding more images and videos.  MV1 then began receiving text messages from SEGURA-MONTES.  Upon conducting a consensual review of MV1's cellular device, the text messages between MV1 and SEGURA-MONTES were identified between the dates of June 24, 2024 to August 3, 2024. Through use of various investigative databases and MV1, it was established that the cellphone number associated with the text messages sent to MV1, belongs to SEGURA-MONTES.

MV1 reported that SEGURA-MONTES sent MV1 images and videos of an unknown minor female, as a guide for MV1 to duplicate in the images and videos he was demanding from her.  SEGURA-MONTES continuously set time frames and threatened MV1 to send sexually explicit images and videos of herself or he would "leak your address show your family and show everyone you know."  Over 30 images and videos were sent to SEGURA-MONTES in response to his threats and demands, including at least one image and video of her female sex organ. SEGURA-MONTES also sent multiple videos of himself masturbating.  SEGURA-MONTES' face was captured in the sexually explicit videos. As a result, MV1 was able to identify SEGURA-MONTES.

Emiliano SEGURA-MONTES knowingly persuaded, induced, enticed, or coerce an individual who has not attained the age of 18 years, to engage sexual activity which is a violation of 18 United States Code Section 2422(b) - Coercion and Enticement.